SEALED

FILED
MAY - 4 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLICATION FOR AN ORDER DIRECTING T-MOBILE TO FURNISH SUBSCRIBER, BILLING, AND HISTORICAL CELL SITE INFORMATION | NO. 2:07-SW-0117 EFB<br><br>ORDER<br><br>**UNDER SEAL** |

    This matter has come before the Court pursuant to an Application made under 18 U.S.C. §§ 3122 and 2703 by Ellen V. Endrizzi, an attorney of the United States Department of Justice. The Application requests an order directing T-Mobile, 4 Sylvan Way, Parsippany, NJ 07054, to furnish subscriber, billing, and historical cell site information on the cellular telephone currently identified by telephone number **(714)234-9925**, hereinafter **(714)234-9925**. The Court finds that the applicant has certified and shown that the information likely to be obtained by the requested use and disclosure is relevant to a legitimate ongoing criminal investigation into possible violations of 18 U.S.C. §§ 922(o), 956(a)(1), 371; and 26 U.S.C. § 5861(d).

    The Court further finds that the United States has made a showing that there is reason to believe that notification or disclosure by T-Mobile or any other involved telephone company, of the existence the investigation or request for subscriber, billing, and historical cell site information will: (1) endanger the life or safety of an undercover government agent and other government agents; (2) cause the subjects to flee to avoid prosecution; or (3) seriously jeopardize the investigation in

1  that the suspects will stop using their telephones, begin using
2  pay telephones, or move their illegal operations elsewhere.
3      The Court also finds that good cause exists for permitting
4  ATF or other authorized law enforcement personnel to obtain
5  subscriber, billing, and historical cell site information.
6      IT APPEARING that subscriber, billing, and historical cell
7  site information from telephone number **(714)234-9925**, belonging
8  to VANG Pao, is relevant to an ongoing criminal investigation of
9  the specified offenses, THE FOLLOWING IS HEREBY ORDERED:
10     1.  Pursuant to 18 U.S.C. §§ 2703(d) and 3123, T-Mobile
11 shall provide agents of ATF with subscriber, billing, and
12 historical cell site information for the beginning and
13 termination of each call made or received by the cellular
14 telephone identified by number **(714)234-9925** for the following
15 dates:
16         a.   February 7, 2007;
17         b.   February 8, 2007;
18         c.   February 15, 2007;
19         d.   March 1, 2007;
20         e.   March 2, 2007; and
21         f.   March 7, 2007.
22     2.  T-Mobile shall be compensated by the government for
23 reasonable expenses incurred in providing facilities and
24 technical assistance in connection with furnishing subscriber,
25 billing, and historical cell site information.
26     3.  Pursuant to 18 U.S.C. §§ 3123(d) and 2705(b), **this**
27 **Order and the Application shall be SEALED** until otherwise ordered
28 by the Court, and T-Mobile, or any other involved telephone

companies, shall not disclose the existence of the investigation or the request for subscriber, billing, and historical cell site information to the listed subscribers, or to any other person, unless or until otherwise ordered by the Court.

**IT IS SO ORDERED.**

DATED: March 8, 2007

HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge